## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

**ARKALNN LLC**                                                              **PLAINTIFF**

**v.**                              **Case No. 2:25-CV-02159-DCF**

**UNDERWRITERS AT LLOYD'S LONDON**                      **DEFENDANT**

### ORDER

Defendant Underwriters at Lloyd's London removed this matter to this Court from the Circuit Court of Scott County, Arkansas, on December 4, 2025, based on diversity jurisdiction under 28 U.S.C. § 1332. *See* Doc. 2, ¶ 9. However, the parties have subsequently agreed that diversity jurisdiction does not exist in this case and that this case should be remanded to the Scott County Circuit Court. *See* Doc. 11, ¶¶ 2-3.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Remand (Doc. 11) is **GRANTED**, and this case is immediately **REMANDED** to the Circuit Court of Scott County, Arkansas.

**IT IS SO ORDERED** this 8th day of April 2026.

/s/ David Clay Fowlkes

DAVID CLAY FOWLKES
UNITED STATES DISTRICT JUDGE